*EXHIBIT A*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| APRIL M. RING, | : | Case No. C-1-01-351 |
| Plaintiff, | : | (Judge Dlott) |
| v. | : | (Magistrate Judge Hogan) |
| CBS PERSONNEL SERVICES, LLC, | : | |
| Defendant. | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties herein stipulate to the dismissal of this action with prejudice and in its entirety. Each party shall bear its own costs.

Respectfully submitted,

_____
Rose Ann Fleming (0041337)
Attorney-at-Law
3855 Ledgewood Drive
Suite 13
Cincinnati, Ohio 45207
(513) 985-8389
fleming@xavier.edu

Trial Attorney for Plaintiff

_____
Michael A. Manzler (0059968)
Dinsmore & Shohl LLP
1900 Chemed Center
255 East Fifth Street
Cincinnati, Ohio 45202
(513) 977-8693
michael.manzler@dinslaw.com

Trial Attorney for Defendant